**Hazel CLARK, Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Appellee.**

No. 02–2442.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 26, 2002.

Decided Jan. 3, 2003.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Hazel Clark appeals the district court's [1] adverse grant of summary judgment in her consolidated employment-discrimination actions. Upon de novo review, *see Griffin v. Super Valu,* 218 F.3d 869, 871 (8th Cir.2000), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.